UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 11-8040 DSF (CWx) | Date | 12/6/11 |
|---|---|---|---|
| Title | UHL Holdings, Ltd. v. Privatization Agency of the Republic of Serbia | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order to Show Cause re Sanctions

   Counsel for Petitioner is ordered to show cause why he should not be sanctioned in the amount of $500 for submitting a declaration that included a false statement of law. Specifically, counsel provided a declaration of a Serbian attorney that stated that Serbia was not a signatory to the Hague Service Convention. (Docket No. 7.) Counsel's response is due, in writing, no later than December 13.

   IT IS SO ORDERED.